# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIERRE O. RAMSEY

NO. 2023 KW 0471

**MAY 17, 2023**

---

In Re:   Tierre O. Ramsey, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2200938.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

EW
SMM

**Guidry, C.J.,** dissents and would issue an interim order for the production of the transcript of the May 16, 2023 proceeding, wherein relator argued his motion for continuance, and the body camera footage from both of the officers who participated in the traffic stop.

COURT OF APPEAL, FIRST CIRCUIT

_Chambely Terrence_
DEPUTY CLERK OF COURT
FOR THE COURT